## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SUMMER INFANT, INC., <br><br> Plaintiff, <br><br> v. <br><br> CAROL E. BRAMSON, ANNAMARIA DOOLEY, KENNETH N. PRICE, CARSON J. DARLING, DULCIE M. MADDEN, and BRUCE WORK <br><br> Defendants. | Civil Action <br> No. 1:15-cv-00218 |

### ORDER

On consideration of Plaintiff's Motion to File Confidential Portions of its Complaint Under Seal and supporting Memorandum of Law, it is hereby:

### ORDERED, ADJUDGED AND DECREED:

(1) the confidential and redacted portions of the Complaint filed by Plaintiff Summer Infant, Inc., and exhibits A through F and I through K attached thereto, are under seal and shall remain under seal; and

(2) all documents referencing or containing information that has been redacted from the publicly-filed version of the Complaint, or is contained in exhibits A through F and I through K attached thereto, shall be filed under seal pending the entry of an appropriate protective order.

Entered as an Order of this Court this 27th day of May, 2015

_____
The Honorable William E. Smith
Chief United States District Judge

DATED: May 27, 2015

**OF COUNSEL:**

Jonathan J. Lerner
Michael H. Gruenglas
Maura Barry Grinalds
Christopher G. Clark
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Respectfully submitted,

SUMMER INFANT, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

_/s/ Cale P. Keable_
Paul M. Kessimian (#7127)
Michael A. Gamboli (#4684)
Cale P. Keable (#6982)
40 Westminster Street, Suite 1100
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (FAX)
pk@psh.com; mag@psh.com; cpk@psh.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document will be served in accordance with the Federal Rules of Civil Procedure upon the following:

Carol E. Bramson
18 Francis Street
Dover, Massachusetts 02030

Annamaria Dooley
3 Wight Lane
Westwood, Massachusetts 02090

Kenneth N. Price
2226 Noyac Road
Sag Harbor, New York 11963

Carson J. Darling
88 Hancock Street, Apt. 17
Cambridge, Massachusetts 02139

Dulcie M. Madden
246 Beacon Street, Apartment 1B
Boston, MA 02116

Bruce Work
12 Deer Run
Exeter, New Hampshire 03833

_____
Cale P. Keable

2505596_1/MTBA-PK